IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERMAIN DATORIO TERRY**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#163201**

v.　　　　　　　　　　No: 4:23-cv-01076-KGB-PSH

**MIKE KNOEDL**[1]　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

Plaintiff Dermain Datorio Terry, an inmate at the Dallas County Detention Center, filed a pro se complaint on November 15, 2023 (Doc. No. 2-1). His application to proceed *in forma pauperis* was subsequently granted (Doc. No. 3). The Court reviewed Terry's complaint and found that he did not describe facts sufficient to state a claim upon which relief may be granted. Accordingly, the Court entered a Recommended Disposition on November 21, 2023, recommending that the case be dismissed. *See* Doc. No. 5. After the Court entered its recommendation, Terry moved to amend his complaint, attaching a proposed amended complaint (Doc. Nos. 7 & 7-1). Accordingly, the Court WITHDRAWS its recommendation (Doc. No. 5) and GRANTS Terry's motion to amend his complaint (Doc. No. 7). The Clerk of Court is directed to docket his proposed amended complaint (Doc. No.

---

[1] The Clerk of Court is directed to correct the spelling of Sheriff Mike Knoedl's name on the docket sheet for this case.

7-1) as his First Amended Complaint.

Having reviewed Terry's amended complaint for screening purposes,[2] the Court finds that service is appropriate with respect to his claims against defendant Sheriff Mike Knoedl. Accordingly, the Clerk of the Court shall prepare a summons for Knoedl. The United States Marshal is hereby directed to serve a copy of the amended complaint and summons on Knoedl without prepayment of fees and costs or security therefor. Knoedl should be served at the Dallas County Sheriff's office.

It is so ordered this 24th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A.