# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                          **PLAINTIFF**
**ADC #163201**

v.                        No: 4:23-cv-01076-PSH

**MIKE KNODEL**                                                    **DEFENDANT**

## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice (Doc. No. 57). Pursuant to the parties' stipulation, plaintiff's claims are hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE