# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                          **PLAINTIFF**
**ADC #163201**

v.                              No: 4:23-cv-01076-PSH

**MIKE KNODEL**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 25th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE